PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
NOAH SCHABACKER, Maryland Bar
Special Assistant United States Attorney
   6401 Security Boulevard
   Baltimore, Maryland 21235
   Telephone: (303) 844-6232
   E-Mail: Noah.Schabacker@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILA ORTIZ,<br><br>   Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,[1]<br><br>   Defendant. | Case No.: 1:23-cv-01727-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER |

  Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from May 6, 2024, up to and including June 6, 2024. This is the Defendant's first request for an extension.

  This matter was assigned on April 10, 2024. Based on a review of the record, undersigned counsel requires additional time to explore settlement options. Defendant apologizes to the Court for any inconvenience caused by this delay. Undersigned counsel contacted Plaintiff's counsel on May 3, 2024, and he had no objection to this request.

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Stip. for Ext.; 1:23-CV-01727-SKO         1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  May 3, 2024                         /s/  Christopher J. Reichman*
                                            (*as authorized via e-mail on May 3, 2024)
                                            CHRISTOPHER J. REICHMAN
                                            Attorney for Plaintiff

Dated:  May 3, 2024                         PHILLIP A. TALBERT
                                            United States Attorney
                                            MATHEW W. PILE
                                            Associate General Counsel
                                            Social Security Administration

                                    By:     /s/  Noah Schabacker
                                            NOAH SCHABACKER
                                            Special Assistant U.S. Attorney

                                            Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation (Doc. 17), IT IS SO ORDERED that Defendant shall have an extension, up to and including June 6, 2024, to respond to Plaintiff's Motion for Summary Judgment.  Plaintiff's optional reply may be filed on or before June 20, 2024.

IT IS SO ORDERED.

Dated:  **May 6, 2024**                     /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE